Stuart D. Kirchick, Esq.
CA State Bar No.: 144145
LAW OFFICES OF STUART D. KIRCHICK
1143 Story Road, Suite 210
San Jose, California 95122
Ph: 408/291-0123  Facsimile: 408/291-0418

Attorneys for: Plaintiff, Jeri Lynn McGrane

**DENIED**
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI LYNN MCGRANE, <br><br> Plaintiff(s), <br><br> v. <br><br> SCOTTSDALE INSURANCE COMPANY <br><br> Defendant(s). | Case No.: 5:11-CV-04811 EJD <br><br> **VOLUNTARY DISMISSAL BY PLAINTIFF JERI LYNN MCGRANE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT Plaintiff JERI LYNN McGRANE hereby requests that the above-entitled action be dismissed without prejudice.

Dated: August 28, 2012

Respectfully Submitted,
LAW OFFICE OF STUART KIRCHICK

By: _____
STUART D. KIRCHICK,
Attorney for Plaintiff, Jeri Lynn McGrane

Since Defendant has filed an answer in this case, the court cannot consider dismissal without prejudice absent (1) a stipulation for dismissal or (2) a motion for dismissal explaining the reasons why dismissal without prejudice is appropriate.

1