IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERI LYNN MCGRANE, | CASE NO. 5:11-cv-04811 EJD |
| Plaintiff(s), | **ORDER CONTINUING ORDER TO SHOW CAUSE** |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant(s). | |

Having reviewed the response filed on September 18, 2012 (see Docket Item No. 31), and good cause appearing therefor, the Order to Show Cause re: Settlement (see Docket Item No. 28) is REISSUED and the hearing thereon CONTINUED to **October 19, 2012, at 9:00 a.m.** The hearing scheduled for September 28, 2012, is VACATED.

On or before **October 12, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before October 12, 2012.

**IT IS SO ORDERED.**

Dated: September 26, 2012

EDWARD J. DAVILA
United States District Judge