Stuart D. Kirchick, Esq.
State Bar No.: 144145
LAW OFFICES OF STUART D. KIRCHICK
1143 Story Road, Suite 210
San Jose, California 95122
Ph: 408/291-0123 Facsimile: 408/291-0418

Attorney for: Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
9/28/2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| JERI LYNN MCGRANE, | Case No.: CV-11-04811-EJD |
| Plaintiff(s), | **STIPULATION OF DISMISSAL** |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, and DOES 1 to 10, | |
| Defendant(s). | |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff, JERI LYNN McGRANE., and all Defendants that:

1. This action was commenced on September 28, 2011.

2. The parties have reached an agreement to settle this matter. Defendant Jeri Lynn McGrane hereby dismisses the entire action against all parties involved in this matter.

//////

//////

1

3. Attached hereto is a true and correct copy of an executed satisfaction of judgment for the underlying state court litigation in this matter.

Dated: September 4, 2012

_____
STUART D. KIRCHICK,
Attorney for Plaintiff, Jeri Lynn McGrane

So Stipulated:

Dated: September 25, 2012

SELMAN BREITMAN LLP

_____
Mark Inbody
Attorneys for SCOTTSDALE INSURANCE COMPANY

**IT IS SO ORDERED.**
The Clerk shall close this file.

Dated: 9/28/2012

_____
HONORABLE JUDGE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT

2

EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): |
|---|
| Stuart D. Kirchick, Esq.   SBN: 144145 |
| Law Offices of Stuart D. Kirchick |
| 1143 Story Road, Suite 210 |
| San Jose, CA 95122 |
| TELEPHONE NO.: 408-291-0123 |
| FAX NO. (Optional): 408-291-0418 |
| E-MAIL ADDRESS (Optional): sdkirchick@aol.com |
| ATTORNEY FOR (Name): Plaintiff Jeri Lynn McGrane |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Superior Court- Civil Division

PLAINTIFF: Jeri Lynn McGrane

DEFENDANT: George Shader, indv. dba Kings Head Pub, et al.

CASE NUMBER: 1-09-CV-139573

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
☒ FULL   ☐ PARTIAL   ☐ MATURED INSTALLMENT

1. Satisfaction of the judgment is acknowledged as follows:
   a. ☒ Full satisfaction
      (1) ☐ Judgment is satisfied in full.
      (2) ☒ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☐ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:*
   Jeri Lynn McGrane, 14745 Berry Way, San Jose, CA 95124-3547

3. Full name and address of assignee of record, if any:
   N/A

4. Full name and address of judgment debtor being fully or partially released:*
   George Shader, indv. dba Kings Head Pub, 201 Orchard City Drive, Campbell, CA 95008

5. a. Judgment entered on (date): September 14, 2009
   b. ☐ Renewal entered on (date):

6. ☐ An ☐ abstract of judgment ☐ certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

   | COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
   |---|---|---|
   |  |  |  |

7. ☐ A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 9-18-12

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

Code of Civil Procedure, §§ 724.060, 724.120, 724.250

American LegalNet, Inc.
www.FormsWorkflow.com